NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-566

EDWARD FRANCIS FORD, ET AL.
VERSUS
ENGLUND CONSTRUCTION, INC., ET AL.

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20012871,
HONORABLE JOHN D. TRAHAN, DISTRICT JUDGE

************

JOHN D. SAUNDERS
JUDGE

************

Court composed of John D. Saunders, Michael G. Sullivan, and James T. Genovese, Judges.

APPEAL DISMISSED.

William Howard Collier
Reginald J. Ringuet
Ringuet, Daniels & Collier
Post Office Box 52647
Lafayette, LA 70505
(337) 232-0002
COUNSEL FOR DEFENDANT/APPELLEE:
     Angelle Concrete, Inc.

Robert Francis DeJean, Jr.
DeJean, DeJean, etc.
126 W. Bellevue St.
Opelousas, LA 70570
(337) 942-4224
COUNSEL FOR DEFENDANT/APPELLEE:
     Deep South Forest Products

**Richard Mary**
**Jefferson Joseph Moss, Jr.**
**Moss & Bradley**
**Post Office Box 2907**
**Lafayette, LA 70502**
**(337) 237-6280**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
> **Huval's Heating & Air Conditioning, Inc.**
> **Doug Ashy Bldg. Materials**


**Paul Daniel Gibson**
**W. Corey Grimley**
**Gibson-Gruenert**
**Post Office Box 3663**
**Lafayette, LA 70502**
**(337) 233-9600**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
> **Edward Francis Ford**
> **Eric Ford**
> **Mandy Dalton**
> **Anita Day Ford**


**Michael Edward Parker**
**Allen & Gooch**
**Post Office Drawer 3768**
**Lafayette, LA 70502-3768**
**(337) 291-1350**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
> **Rodney Englund**
> **Englund Construction, Inc.**


**Bryan David Scofield**
**Daigle, Scofield & Rivera**
**Post Office Box 3667**
**Lafayette, LA 70502-3667**
**(337) 234-7000**
**COUNSEL FOR DEFENDANT/APPELLEE:**
> **Maryland Casualty Insurance Co.**


**Thomas Randolph Juneau**
**Jean Ann Billeaud**
**The Juneau Firm**
**Post Office Drawer 51268**
**Lafayette, LA 70505-1268**
**(337) 269-0052**
**COUNSEL FOR DEFENDANT/APPELLEE:**
> **Angelle Concrete, Inc.**

**Kevin D. Millican**
**Jennings City Prosecutor**
**Post Office Box 1111**
**Jennings, LA 70546**
**(337) 824-8300**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Angelle Concrete, Inc.**


**Harold Thibodeaux**
**In Proper Person**
**209 Doc Duhon St.**
**Lafayette, LA 70501**
**DEFENDANT/APPELLEE IN PROPER PERSON:**
    **Harold Thibodeaux**


**Mike Higginbotham**
**In Proper Person**
**1223 Marteau Road**
**Youngsville, LA 70592**
**(337) 856-0418**
**DEFENDANT/APPELLEE IN PROPER PERSON:**
    **Mike Higginbotham**


**Steven Sonnier**
**In Proper Person**
**13615 W. Etienne Road**
**Abbeville, LA 70510**
**DEFENDANTS/APPELLEES IN PROPER PERSON:**
    **Sonnier's Hardwood Floor Installation**
    **Steven Sonnier**